**JS-6**

```
              FILED
      CLERK, U.S. DISTRICT COURT

         MAY 12, 2017

    CENTRAL DISTRICT OF CALIFORNIA
    BY:      BH       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN NELSON, | Case No. 2:17-cv-01386 VAP (RAOx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| D. SCOTT CARRUTHERS, | |
| Defendants. | |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT to retain jurisdiction for a period of **sixty (60) days** to enforce the terms of the settlement. Scheduling conference set for May 22, 2017 is TAKEN OFF CALENDAR as MOOT.

Dated: May 10, 2017

_____
VIRGINIA A. PHILLIPS
Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm